1034

[No. 18197-9-III.   Division Three.   July 6, 2000.]

*In the Matter of* BARBARA L. DALE, *Appellant*, v. MEAD SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-04655-9, Salvatore F. Cozza, J., entered December 29, 1998. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 18351-3-III.   Division Three.   July 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIBRETO NAVARRETTE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-02226-7, Salvatore F. Cozza, J., entered March 30, 1999. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 24821-2-II.   Division Two.   July 7, 2000.]

DEBRA FISCHER-MCREYNOLDS, *Appellant*, v. LYLE QUASIM, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-2-01334-5, Gary Tabor, J., entered May 28, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Houghton, J. Now published at 101 Wn. App. 801.